**George P. KOULIZOS, petitioner, v. UNITED STATES.  No. 89–7115.**

Supreme Court of the United States.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit.

May 21, 1990.  Denied.